

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the
Western District of New York

| | |
|---|---|
| Francine VerHagen | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )   Civil Action No.  25 CV 791 |
| Weinmann, Siragusa, Slisz et.al. | ) |
| *Defendant/Respondent* | ) |
| | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: _____08/28/2025_____ |

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 600.00 | $ | $ 500.00 | $ |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ | $ 0.00 | $ |
| Gifts | $ 100.00 | $ | $ 25.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child support | $ 0.00 | $ | $ 0.00 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | 0.00 | $ | | $ | 0.00 | $ |
| Disability *(such as social security, insurance payments)* | $ | 0.00 | $ | | $ | 0.00 | $ |
| Unemployment payments | $ | 0.00 | $ | | $ | 0.00 | $ |
| Public-assistance *(such as welfare)* | $ | 0.00 | $ | | $ | 0.00 | $ |
| Other *(specify)*: | $ | 0.00 | $ | | $ | 0.00 | $ |
| **Total monthly income:** | $ | **700.00** | $ | **0.00** | $ | **525.00** | $ **0.00** |

2.      List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| The Firespot | River Rd, Tonawanda, NY | January 2025 to July2025 | $ 900.00 |
| HSBC | 2929 Walden ave, Depew, NY | July 2015 to April 2024 | $ 4,500.00 |

3.      List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| na | | | $ |
| | | | $ |
| | | | $ |

4.      How much cash do you and your spouse have? $ _____ 20.00 _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wisely | Checking | $ 50.00 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $                      0.00 |
| Other real estate *(Value)* | $               75,000.00 |
| Motor vehicle #*1 (Value)* | $                      0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #*2 (Value)* | $                      0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $                      0.00 |
| Other assets *(Value)* | $                      0.00 |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Patrick Balkin/Jason Hill | $               75,000.00 | $ |
| **Assets frozen in escrow | $ | $ |
| per court order** | $ | $ |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| B.H | Daughter | 9 |
| M.H | Daughter | 7 |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☑ Yes   ☐ No<br>    Is property insurance included?   ☑ Yes   ☐ No | $        1,300.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $          150.00 | $ |
| Home maintenance *(repairs and upkeep)* | $            25.00 | $ |
| Food | $          700.00 | $ |
| Clothing | $          200.00 | $ |
| Laundry and dry-cleaning | $            50.00 | $ |
| Medical and dental expenses | $          150.00 | $ |
| Transportation *(not including motor vehicle payments)* | $          300.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $          100.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's:  Renters | $            10.00 | $ |
|     Life: | $            0.00 | $ |
|     Health: | $            0.00 | $ |
|     Motor vehicle: | $            0.00 | $ |
|     Other: | $            0.00 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $            0.00 | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*:        Various Marital Cards | $        1,200.00 | $ |
|     Department store *(name)*: | $ | $ |
|     Other:        Student Loans | $          450.00 | $ |
| Alimony, maintenance, and support paid to others | $        1,604.00 | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ 6,239.00 | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☑ No    If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☑ Yes  ☐ No

If yes, how much?  $ ___60,000.00___

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.
Please see attached affirmations and orders from my other proceedings

12.  Identify the city and state of your legal residence.
Buffalo, NY

Your daytime phone number:    ___(716) 949-8789___

Your age: ___41___    Your years of schooling: ___19___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Francine C. VerHagen,                          Case No. _____
Plaintiff, pro se,

v.

Hon. Peter A. Weinmann, in his official capacity as Acting Justice of the New York Supreme Court;
Hon. Michael. Siragusa, in his official capacity as Justice of the New York Supreme Court;
Hon. Mary J. Slisz, in her official capacity as Justice of the New York Supreme Court;
James F. Granville, Principal Law Clerk;
Thomas Navarro, Principal Law Clerk to Judge Siragusa
Unified Court System, 8th Judicial District;
Michele Bergevin, Esq.;
Patrick Balkin, Esq.;
Carol Flaherty, Esq., Attorney for the Children;
and other state actors yet identified,

Defendants.

---

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

---

I, **Francine C. VerHagen,** declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am the Plaintiff and natural mother of B.H. and M.H. I am indigent and unable to pay the $402 federal filing fee without sacrificing basic living necessities.

2. On **July 10, 2025,** the Supreme Court, Albany County granted me **full poor person relief** in a related Article 78 proceeding. In my ongoing Erie County Supreme Court custody/divorce case, I was granted **partial poor person relief.** My poor person motions are also pending in the Appellate Division, Fourth Department, and I was permitted to serve/file them without payment. (Exhibits I-K).

3. My financial hardship is directly caused and exacerbated by the misconduct of opposing counsel and court appointees:

PP - 1

- o **Attorney Patrick Balkin**, while purporting to act as fiduciary, continues to hold marital funds of approximately $148,000, outside proper fiduciary procedure.

- o **Attorney Michele Bergevin** misused subpoenas and disseminated confidential FINRA/SEC-regulated employment records, causing me to lose stable employment. My monthly income dropped from ~$4,000 to under $1,000, and currently to zero.

4. My indigency is not the result of neglect or voluntary unemployment, but of deliberate legal misconduct that deprived me of assets and employment.

5. Two New York Supreme Courts have already recognized my indigency, and my financial circumstances remain unchanged.

WHEREFORE, I respectfully request this Court grant leave to proceed **in forma pauperis** under 28 U.S.C. § 1915.

## VERIFICATION (28 U.S.C. § 1746)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2025

Buffalo, New York.


**Francine C. VerHagen**
Pro Se Plaintiff

PO Box 231
Buffalo, NY 14207
Tel: (716) 949-8789
Email: fverhagen1618@gmail.com

PP - 2