Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FRANCINE C VER HAGEN

(Name of Plaintiff or Petitioner)

v.

WEINMANN, ET AL

(Name of Defendant(s) or Respondent(s))

UNITED STATES DISTRICT COURT
FILED
SEP 3 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**MOTION TO PROCEED *IN FORMA PAUPERIS***
**AND SUPPORTING AFFIRMATION**

_25_ -CV- _791_

I, FRANCINE C VER HAGEN (*print or type your name*) am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes [X] No [ ]
   My Employer's Name and Address is: _Self-employed delivery drivers_
   _Work is intermittent & income varies_

   My **Gross** Monthly Wages are: $ _600 (Avg)_
   If you are not presently employed, state
   Your Last Date of Employment: ___
   Your Gross Monthly Wages at that time: _NA_
   Is your spouse presently employed? Yes [ ] No [ ]
   My Spouse's Employer's Name and Address is: _NA_
   _LEGALLY SEPARATED - NO INFO PROVIDED TO ME_

   My Spouse's **Gross** Monthly Wages are $___

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes [X] No [ ]
      If yes, state **source** and **amount received** per month $ _600_  - Current employment as intermittent delivery driver
   b. Rent payments, interest or dividends? Yes [ ] No [X]
      If yes, state **source** and **amount received** per month $___
   c. Pensions, annuities, disability, or life insurance payments? Yes [ ] No [X]
      If yes, state **source** and **amount received** per month $___
   d. Gifts or inheritances? Yes [ ] No [X]
      If yes, state **source** and **amount** received per month $___
   e. Child Support? Yes [ ] No [X]
      If yes, state **amount received** each month $___
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes [X] No [ ]
      If yes, state **source** and **amount received** per month $ _700  SNAP_
   g. Friends, Relatives or any other source? Yes [X] No [ ]
      If yes, state **source** and **amount received** per month $ _50 (avg) from various family & friends_
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   _NA_

3. What is your total gross monthly income today: $ _0 - 900 (varies depending on work)_

4. How much **cash** do you have on hand? $ _0_

5.    How much money do you have in a **checking account(s)**? $ 60 $^{00}$

6.    How much money do you have in a **savings account(s)**? $ 0

7.    If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____

8.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☑ No ☐
      If so, **describe** the property in detail and give an **estimated value of the property:** 2 acres in W. Almond, NY
Escrow for 81 Pearl Ter. (marital property) held by ex-husbands attorney Approx. $10,000) — marital asset
All assets pending divorce proceeds for 3+ years    If you own property, are you paying off a loan or mortgage on it? Yes ☐ No ☑ my share approx $50k - $75k
      If yes where are you obtaining the money to make such payments: _____
      NA    NYS Supreme Court will not permit me to access funds

9.    If you are not an inmate, state your **total monthly household expenses:**
      Rent or mortgage $ 1300    Food $ 700    Utilities $ 150    All other expenses $ 4000    until divorce
      If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses finalize
Rent is deferred. Credit Cards (marital) in collection until divorce proceedings are finalized. SNAP for food. Small gifts from friends & family

10.   List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: _____
      Self

11.   List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
      B.H. -> Daughter -> $1000/month
      M.H. -> Daughter -> $1000/month

12.   Have you been adjudicated bankrupt within the past ten (10) years? Yes ☑ No ☐
      If the answer is yes, please include the court and date of filing US BK court WDNY - Case 24-10552 Chapter 13 filed May 2024, dismissed without discharge March 2025

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 9/3/2025 _____ _____
      (Date)    (Applicant's Signature)

---

## PRISON CERTIFICATION SECTION

**(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)**

I **certify** that the movant has the sum of $_____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

I **further certify** that the movant has the following securities to his/her credit according to the institution's records: _____
_____.

I **further certify** that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution