UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FRANCINE C. VERHAGEN,

        Plaintiff, *pro se*,

     v.                                           25-cv-791-JLS

Hon. PETER A. WEINMANN,
Hon. MICHAEL SIRAGUSA,
Hon. MARY J. SLISZ,
JAMES F. GRANVILLE,
THOMAS NAVARRO,
UNIFIED COURT SYSTEM, 8th JUDICIAL DISTRICT,
MICHELE BERGEVIN, Esq.,
PATRICK BALKIN, Esq.,
CAROL FLAHERTY, Esq., *et al.*

        Defendants.

_____

## <u>NOTICE OF MOTION TO DISMISS</u>

| | |
|---|---|
| MOTION BY: | Defendants Hon. PETER A. WEINMANN, Hon. MICHAEL SIRAGUSA, Hon. MARY J. SLISZ, JAMES F. GRANVILLE, THOMAS NAVARRO, and UNIFIED COURT SYSTEM, 8th JUDICIAL DISTRICT. |
| RELIEF SOUGHT: | Dismissal of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) as specified in the accompanying memorandum of law, and a stay of all proceedings pending resolution of the instant motion. |
| WHEN RETURNABLE: | As directed by the Court. |
| WHERE RETURNABLE: | United States District Court for the Western District of New York, U. S. Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| SUPPORTING PAPERS: | Memorandum of Law, Attorney Declaration |

and Exhibits.

Pursuant to Local Rule 7(a)(1), notice is hereby given that Defendant intends to file reply papers. Pursuant to Local Rule 7(b) any opposing papers must be served at least fourteen (14) days prior to the return date of the motion unless otherwise ordered by the Court.

DATED:      Buffalo, New York
            October 21, 2025

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants Hon. Peter A. Weinmann, Hon. Michael Siragusa, Hon. Mary J. Slisz, James F. Granville, Thomas Navarro, and Unified Court System, 8th Judicial District*

BY:    /s/ Soo-young Chang
       SOO-YOUNG CHANG
       Assistant Attorney General, of Counsel
       350 Main Street, Suite 300A
       Buffalo, NY 14202
       Telephone: (716) 954-0347
       Soo-young.Chang@ag.ny.gov